# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18CR299 |
| v. | |
| WILLIAM SNODDY, | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the Court on Defendant William Snoddy's ("Snoddy") objection (Filing No. 18) to the magistrate judge's[1] Order of Detention (Filing No. 16) pursuant to Nebraska Criminal Rule 46.2(c). Having presented no additional evidence, Snoddy asks the Court to review his detention order de novo on the record made before the magistrate judge. The government filed no resistance.

On October 17, 2018, Snoddy was charged in an Indictment with being a felon in possession of a firearm. The government moved for detention, and the magistrate judge granted the motion after an evidentiary hearing based on the risks of danger to the community and flight.

Snoddy appeals that decision pursuant to 18 U.S.C. § 3145(b). Detention is appropriate where the government shows by clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of the community or another person or by a preponderance of the evidence that Snoddy is a flight risk. 18 U.S.C. § 3142. To make that determination, the Court considers the factors set forth in 18 U.S.C. § 3142(g).

---

[1] The Honorable Michael D. Nelson, United States Magistrate Judge for the District of Nebraska.

Pursuant to Rule 46.2(c), the Court has conducted a de novo review of the magistrate judge's detention order. The Court agrees with the magistrate judge that Snoddy's criminal history, including weapons use, history of failing to appear, and history of criminal activity while on supervision warrant detention. Notably, the present case was first brought in Nebraska state court. While on release for that charge, a condition was imposed on Snoddy to not commit any criminal offenses. The pretrial services report reflects that while on release, Snoddy was arrested for felony domestic violence strangulation and possession of marijuana of one ounce or less.

IT IS ORDERED:
1. Defendant William Snoddy's objection (Filing No. 18) to the magistrate judge's Order of Detention is denied.
2. The magistrate judge's Order of Detention (Filing No. 16) is affirmed.

Dated this 21st day of November 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge