# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18CR299 |
| vs. | |
| WILLIAM SNODDY, | ORDER |
| Defendant. | |

The court has approved withdrawal of retained attorney, William J. Pfeffer in this case. I find that the above-named defendant is eligible for appointment of new counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

The Federal Public Defender for the District of Nebraska is appointed as attorney of record for the above-named defendant in this matter and shall forthwith file an appearance in this matter.

The Federal Public Defender's Office shall forthwith complete a Financial Affidavit form CJA 23 with Defendant, and forward the affidavit to the court for filing.

William J. Pfeffer shall forthwith provide the Federal Public Defender's Office any discovery materials provided to Defendant by the government and any such other materials obtained by Mr. Pfeffer which are material to William Snoddy's defense.

**IT IS SO ORDERED.**

Dated this 19th day of December, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge